## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**GENE M. VALENTINO**
**and**
**MAUREEN B. VALENTINO, Husband and Wife**

      **Plaintiffs,**

**v.**                                                              **Case No.: 3:05cv162/MCR**

**FIDELITY NATIONAL PROPERTY**
**AND CASUALTY INSURANCE COMPANY,**

      **Defendant**

_____/

### ORDER AND NOTICE

Plaintiffs Gene M. Valentino and Maureen B. Valentino have filed a motion for summary judgment (doc. 12) and defendant Fidelity National Property and Casualty Insurance has filed a motion for judgment on the pleadings (doc. 14). The court shall take the motions under advisement on **December 1, 2005**, and it does not contemplate scheduling a hearing on either motion. With respect to the motion for summary judgment, the parties are directed to file and serve affidavits and any other evidentiary materials authorized to be filed under the Federal Rules of Civil Procedure *before* the above date.[1] Only those pleadings and evidentiary materials currently in the record or filed prior to the above date will be considered by the court in ruling on the motion for summary judgment.

A motion for summary judgment will result in a final judgment being entered for the moving party if the pleadings, depositions, answers to interrogatories, admissions,

---

[1]

  The response to a motion for summary judgment or for judgment on the pleadings must be filed within the time prescribed by the Federal and Local Rules.

Case No. 3:05cv162/MCR

affidavits, and any other appropriate evidentiary materials filed in the record show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law.  FED. R. CIV. P. 56.

As a final matter, the court directs plaintiffs to submit a hard (i. e., paper) copy of their motion for summary judgment (doc. 12), along with any other evidentiary materials they may wish to file, to the undersigned's chambers no later than the aforementioned advisement date of **December 1, 2005**.  Likewise, upon defendant's timely filing of its response to the motion for summary judgment no later than the response date of **November 18, 2005,** and/or any additional evidentiary materials by the advisement date it should also submit hard copies to chambers.

Defendant should also provide the court with a hard copy of its motion for judgment on the pleadings, along with any exhibits, (doc. 14), with plaintiffs submitting a hard copy of their response to that motion, all no later than **November 18, 2005.**[2]

**DONE and ORDERED** on this 10th day of November, 2005.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2]

The response date for the motion for summary judgment is November 16, 2005, and the response date for the motion for judgment on the pleadings is November 18, 2005.  In the interest of simplicity, the court shall set the response date for both motions as November 18, 2005.  The advisement date for the motion for summary judgment remains December 1, 2005.

Case No. 3:05cv162/MCR