IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GENE M. VALENTINO**
and
**MAUREEN B. VALENTINO, Husband and Wife**

      **Plaintiffs,**

v.                                                                               Case No.: 3:05cv162/MCR

**FIDELITY NATIONAL PROPERTY**
**AND CASUALTY INSURANCE COMPANY,**

      **Defendant**
_____/

## FINAL JUDGMENT

For the reasons stated by the court following the oral argument heard March 20, 2006, on the motions listed below, it is ORDERED:

1. Plaintiff's Motion for Partial Summary Judgment (doc. 12), is DENIED.

2. Defendant's Motion for Summary Judgment (doc. 34), is GRANTED.  Count One is dismissed with prejudice.

3. Plaintiffs' Motion to Strike Immaterial Affirmative Defenses (doc. 39), is DENIED.

4. Plaintiffs' Motion to Strike Portion of Defendant's Motion for Summary Judgment (doc. 42), is DENIED.

5. Defendant's Motion for Judgment on the Pleadings (doc. 14), is GRANTED. Counts Two and Three are dismissed with prejudice.

6. Defendant's Motion to Quash Jury Demand (doc 17), is DENIED as moot.

7. Taxable costs are assessed against plaintiffs.

8. Judgment is hereby ENTERED in favor of defendant and against plaintiffs, who shall take nothing in this action.

**DONE and ORDERED** this 20th day of March, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**